## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-08077-JVS | Date | February 17, 2012 |

Title: In re: Gordon Bijelonic: Gordon Bijelonic v. Unite States Trustee

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **February 28, 2012** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules.  Counsel is advised that the Court will consider the filing of the following documents in Bankruptcy Court OR, if the documents have been filed in the Bankruptcy Court, counsel shall contact the Bankruptcy Court regarding issuing a Certificate of Readiness to the District Court.  Counsel shall file, with the District Court, a Status Report indicating the action taken in response to this Order to Show Cause, on or before the above date, to avoid dismissal:

   **X**   Designation of Record

   **X**   Statement of Issues on Appeal

   **X**   Filing of Notice Regarding Ordering of Transcript

   **X**   **Reporter's transcript has not been filed**

   __   Appellant's opening brief

   __   Appellee's opening brief

   __   Appellant's reply brief

If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

Initials of Preparer    kjt